IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO

| | |
|---|---|
| DIGITECH INFORMATION SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BMW AUTO LEASING LLC, and BMW FINANCIAL SERVICES NA, LLC, <br><br> Defendant. | Civil Action No. 6:10-CV-1373-ORL-18-KRS |

## DECLARATION OF TYLER WEIGHT

I, Tyler Weight, hereby declare as follows

1. I am employed by BMW Financial Services, NA, LLC ("BMW FS"). My duties include overseeing the pool selection, structuring, and execution of asset-backed securitizations by BMW FS as well compliance with SEC requirements in these transactions. My duties also include acting as a liaison between various BMW Group companies and departments on all asset-backed securitization matters involving BMW FS. In the course of my work I am familiar with the limited business of BMW Auto Leasing, LLC. (hereafter "BMW Auto Leasing")

2. BMW Auto Leasing is a Delaware Limited Liability Company with its principal place of business at 300 Chestnut Ridge Road, Woodcliff Lake, NJ 07675. BMW Auto Leasing was properly formed in 2000, is in good standing, and obeys all required corporate formalities.

BMW Auto Leasing was organized solely for the purpose of acquiring and transferring interests in specific financial transactions, described below, causing securities to be issued, and engaging in related transactions. The limited liability company agreement of BMW Auto Leasing limits its activities to those purposes and to activities incidental or necessary thereto.

3. BMW Auto Leasing is known as a "Special Purpose Vehicle" or "SPV." In this case, BMW Auto Leasing performs a limited role in connection with certain lease-backed securities issued to the public.

4. When a BMW vehicle is leased by an end customer, title to the vehicle and the lease are transferred to a Delaware trust called the Financial Services Vehicle Trust. The beneficiary of this trust is a company called BMW Manufacturing L.P. Another BMW company, BMW Financial Services NA, LLC ("BMW FS") services these leases. From time-to-time, BMW FS arranges for the issuance of notes that investors may purchase, where the notes are secured by certain BMW vehicle leases. We call this a "securitization" of the leases.

5. When a securitization is to be done, BMW Auto Leasing obtains a beneficial interest in the leases to be securitized from BMW Manufacturing L.P. This interest is called a "Special Unit of Beneficial Interest" or "SUBI." BMW Auto Leasing then transfers the SUBI to a new trust created for the security offering. For example, in connection with a securitization of leases that occurred in 2010, a new trust was created. This trust, called the BMW Vehicle Lease Trust 2010-1, issued the notes that were offered to investors. BMW Auto Leasing also is named as the Transferor on SEC filings that are made in connection with the security offering. These are the only functions of BMW Auto Leasing. None of this activity took place in Florida.

Case 6:10-cv-01373-JA-KRS   Document 26-3   Filed 11/17/10   Page 3 of 4 PageID 149

- 3 -

6. BMW Auto Leasing plays no role in the leasing of vehicles in Florida or anywhere else. BMW Auto Leasing has no role in the selection of leases to be securitized. BMW Auto Leasing does not select the leases, approve the selection, or otherwise participate in the selection of leases. Its special purpose is limited to what I described above, transferring a beneficial interest in the leases from one trust to another, and being listed as Transferor on certain securities filings.

7. BMW Auto Leasing has no employees and no physical assets. Thus, it necessarily has no employees or assets in Florida. BMW Auto Leasing does not own any land or any interest in land in Florida. BMW Auto Leasing is not registered to do business and does not conduct any business in Florida. BMW Auto Leasing does not have a registered agent for service of process in Florida. It has never been subjected to jurisdiction of Florida courts and has never consented to suit in Florida so far as I have been able to determine by consulting its records.

8. The transaction that apparently gives rise to the claim of patent infringement in this case is the selection of leases for a lease-backed securities offering that was made earlier this year and for which BMW Auto Leasing is the Transferor, as described above. BMW FS was responsible for the selection of the leases for that securitization transaction. BMW Auto Leasing played no role, direct or indirect, in the selection of the leases and was not involved in the selection of the leases. All activities related to the selection of leases took place in New York or New Jersey, not in Florida. Hence, the alleged infringement did not take place in Florida.

9. BMW Auto Leasing's limited role in this transaction is described in the Prospectus and Prospectus Supplement for the recent securities offering. This document is filed with the SEC and is a public document accessible over the Internet from the SEC's database. A copy of these documents is attached hereto. The description of BMW Auto Leasing's role in the transaction can be found, among other places beginning on page 19 of the Prospectus.

10. As explained in the Prospectus and as I know from my personal knowledge, BMW Auto Leasing is a separate company from BMW FS. BMW Auto Leasing is not the alter ego of BMW FS. BMW Auto leasing did not act in concert with BMW FS in selecting the leases for the BMW Vehicle Lease Trust 2010-1 securitization and BMW FS was not BMW Auto Leasing's agent in selecting the leases.

I declare, under penalty of perjury, that the foregoing is true and correct.

*[signature]*

Dated: November 15, 2010